MOGG, Respondent, *v.* YOUNG, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Aaron Mogg against John Young, impleaded.
No opinion.  Judgment affirmed, with costs.

---

O'CONNOR, Respondent, *v.* SHERMAN, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Edward O'Connor against Willis Sherman.
No opinion.  Motion granted dismissing the appeal, with $10 costs.

---

PEOPLE *ex rel.* BROWN, Appellant, *v.* BOARD OF TRUSTEES OF VILLAGE OF OWEGO, Respondent.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by the people on the relation of H. Corydon Brown against the board of trustees of the village of Owego.
No opinion.  Order affirmed, with $10 costs and disbursements.

---

ROBERTS *v.* JOHNSTOWN BANK *et al.*

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Emma F. Roberts against the Johnstown Bank and others.
No opinion.  Motion for reargument denied.  For decision on appeal, see 14 N. Y. Supp. 432.

---

SHELDON, Appellant, *v.* BARNEY, Respondent.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by John Sheldon against Martin Barney.
No opinion.  Judgment and order affirmed, with costs.  See *Gillespie* v. *Brown,* 16 Neb. 457, 20 N. W. Rep. 632.

---

SHEPERD, Appellant, *v.* HARDIN, Respondent.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.).

Action by M. Ella Sheperd, as administratrix, etc., against Hiram Hardin.
No opinion.  Judgment of the county court reversed, and the judgment of the justice's court affirmed, with costs.

---

SILVERMAN, Respondent, *v.* SUPREME COUNCIL OF SOCIETY OF SELECT GUARDIANS, Appellant.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Samuel Silverman against the Supreme Council of the Society of Select Guardians.
No opinion.  Judgment and order affirmed, with costs.

---

SMITH, Appellant, *v.* DRESSER, Respondent.

*(Supreme Court, General Term, Fourth Department.* May 13, 1892.)

Action by Daniel H. Smith against Joseph Dresser.
No opinion.  Judgment of the county court affirmed, with costs.